**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6763

BRANDON ROBERTS,

                  Plaintiff - Appellant,

        v.

THOMAS SIRES, Captain; FRANK BISHOP, Warden; JEFFREY NINES, Assistant Warden; WILLIAM BOHER, Chief of Security; JACK JOHNS, Shift Commander; ANTHONY BRENT, H.O.,

                  Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:20-cv-02791-ELH)

Submitted:  March 16, 2023                                    Decided:  May 1, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brandon Roberts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts seeks to appeal the district court's order dismissing his complaint under 42 U.S.C. § 1983 in part without prejudice.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Roberts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*